AO91 (Rev. 12/03) Criminal Complaint          Felony          AUSA

**United States District Court**
**Southern District of Texas**
**FILED**

# UNITED STATES DISTRICT COURT

SEP 3 0 2019

Southern District Of Texas Brownsville Division          **David J. Bradley, Clerk of Court**

**UNITED STATES OF AMERICA**
**vs.**

Norwin Bixel CASTELLON-Lopez
A200 969 107 Nicaragua

**CRIMINAL COMPLAINT**

Case Number: B-19- 976 - mj

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about September 28, 2019 in Hidalgo County, in the Southern District Of Texas defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Hidalgo County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title 8 United States Code, Section(s) 1326(a)(1)/(b)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Hidalgo, Texas on September 28, 2019. The defendant is a citizen and national of Nicaragua who was previously deported, excluded or removed from the United States on 05/29/2019. The defendant was convicted of Reentry of Removed Alien on 07/12/2018. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had no funds.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Hernandez, Duane   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

September 30, 2019                at    Brownsville, Texas
Date                                    City/State

Ignacio Torteya III          U.S. Magistrate Judge
Name of Judge                Title of Judge                Signature of Judge